The petition for a writ of certiorari is denied. In denying the petition for the writ of certiorari, this court does not wish to be understood as approving the discussion or the statements of law concerning the petitioner's Brady violation claim in the Court of Criminal Appeals' opinion. Brady v. Maryland, 373 U.S. 83 (1963). SeeEx parte Pierce [Ms. 1981270, September 1, 2000] ___ So.2d ___ (Ala. 2000) (holding that a constitutional violation claim under Rule 32.1(a), Ala.R.Crim.P., need not meet the requirements of a "newly discovered" evidence *Page 409 
claim under Rule 32.1(e), Ala.R.Crim.P.).
WRIT DENIED.
Hooper, C.J., and Cook and Lyons, JJ., concur.
Maddox, J., concurs in the result.